ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
          - v. -                 :    INDICTMENT
                                 :
JAIME TEPEZILA-RAMIREZ,          :    08 Cr.
                                 :    **08 CRIM. 0456**
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about April 8, 2008, in the Southern District of New York, JAIME TEPEZILA-RAMIREZ, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States on October 25, 2007, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about September 20, 2007, in Westchester County Court, New York, for rape in the third degree, in violation of New York Penal Law 130.25(02), and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)


_____           _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney