UNITED STATES DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, N.Y. 10601
TEL: 914-390-4127

CHAMBERS OF THE HONORABLE
MARK D. FOX U.S. MAGISTRATE JUDGE

# MEMORANDUM

DATE: 07/17/2008

TO:     Honorable Stephen C. Robinson

FROM: Mark D. Fox, U.S. Magistrate Judge

RE:     Transcript of Guilty Plea

    On April 30, 2008 the Rule 11 allocution was completed in the matter of **United States of America -v- Jaime Tepezila-Ramirez, 08cr0456(SCR)** on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Respectfully submitted,

Mark D. Fox
U.S. Magistrate Judge