UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                ORDER ACCEPTING PLEA ALLOCUTION

                08 Cr. 456 (SCR)

v.

Jamie Tepezila-Ramirez

---

ROBINSON, J.

      The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated July 9, 2008, is approved and accepted.

      The Clerk of the court is directed to enter the plea.

Date: *July 22, 2008*

                                          SO ORDERED:

                                          STEPHEN C. ROBINSON
                                          UNITED STATES DISTRICT JUDGE

```
USDC SDNY
DOCUME[NT]
ELECTRON[IC]
DOC #: ___
DATE FILED:
```