UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

08 Cr. 456 (SCR)

v.

Jamie Tepezila-Ramirez

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated July 9, 2008, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: July 22, 2008

SO ORDERED:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRON
DOC #: ___
DATE FILED